UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN A. GATES,

    Plaintiff,

vs.                                                        Case No. 3:07-cv-899-J-32MCR

U.S. AIRWAYS GROUP, INC., U.S.
AIRWAYS, INC.; DONOVAN SAADIQ a/k/a
DONOVAN X a/k/a DONOVAN P. MALOID
a/k/a DONOVAN X. MALOID a/k/a DONOVAN
P. XX, & JOHN DOES ,

    Defendants.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Defendants' Motion to Strike Plaintiff's Claim for Punitive Damages (Doc. 6) filed September 20, 2007. Plaintiff filed a response in opposition to this motion (Doc. 12) on October 17, 2007. Accordingly, the matter is now ripe for judicial review.

Plaintiff originally filed this action in state court and apparently, prior to removing it to this Court, Defendants filed the instant motion to strike Plaintiff's claim for punitive damages. The Court will give the Defendants the benefit of the doubt and assume they simply overlooked the fact that the case was removed to this Court. Now that the case is in federal court, the Federal Rules of Civil Procedure govern. Defendants' motion seeks to strike Plaintiff's claims for punitive damages on the grounds that it violates Florida Statutes section 768.72, which bars a punitive damages claim "unless there is a

reasonable showing by evidence in the record or proffered by the claimant which would provide a reasonable basis for recovery of such damages." Fla. Stat. § 768.72.  What Defendants fail to note is that the Eleventh Circuit "has rejected Florida pleading requirements for punitive damages in diversity cases, holding that Florida Statute § 768.72 conflicts with Rule 8(a)(3)" of the Federal Rules of Civil Procedure.[1]  <u>Larson v. Correct Craft</u>, Inc., 2005 WL 1902438 at *4 (M.D. Fla. 2005) (citing <u>Cohen v. Office Depot, Inc.</u>, 184 F.3d 1292, 1297-99 (11th Cir. 1999), <u>vacated in part and reheard on other grounds</u>, 204 F.3d 1069 (11th Cir. 2000)).  Accordingly, the Court finds that Plaintiff's claim for punitive damages should not be stricken and it is hereby

**ORDERED**:

Defendants' Motion to Strike Plaintiff's Claim for Punitive Damages (Doc. 6) is **DENIED**.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  22nd  day of October, 2007.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record

---

[1] Rule 8(a)(3) of the Federal Rules of Civil Procedure provides: "[a] pleading which sets forth a claim for relief ... shall contain ... a demand for judgment for the relief the pleader seeks." rule 8(a)(3), Fed.R.Civ.P.