**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOHN A. GATES,

       Plaintiff,

v.                                  Case No. 3:07-cv-899-J-32MCR

U.S. AIRWAYS GROUP, INC., et al.,

       Defendants.

_____

## ORDER

This case is before the Court on Plaintiff John A Gates' Motion to Remand (Doc. 13), Defendants U.S. Airways Group, Inc., U.S. Airways Inc. and Donovan Saadiq's Response (Doc. 19), Plaintiff's Reply (Doc. 23), and Defendants' sur-reply. (Doc. 24.) The Court heard oral argument on the motion on February 15, 2008. (Doc. 28.) For the reasons announced on the record on February 15, 2008, which are hereby incorporated by reference, it is hereby

**ORDERED:**

1.  Plaintiff's Motion to Remand (Doc. 13) is **GRANTED**.

2.  This case is **REMANDED** to the Circuit Court for the Fourth Judicial Circuit in and for Duval County, Florida. The Clerk is directed to mail a certified copy of this Order to the clerk of the Circuit Court for the Fourth Judicial Circuit in and for Duval County, Florida.

3.  Plaintiff's Motion for Attorney's Fees (Doc. 13) is **DENIED**. The parties are

to bear their own costs and attorney's fees relating to the proceedings before this Court.

    4.  The clerk should close the file.


    **DONE AND ORDERED** at Jacksonville, Florida this 3rd day of March, 2008.


                                      **TIMOTHY J. CORRIGAN**
                                      United States District Judge

jcd
Copies:
counsel of record